FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 2 2 2011 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

EMIL DURO, ELTON SEJDARAS, AND BARDHYL REMBECI (individually and on behalf of all others similarly situated),

              Plaintiff,

-against-

BZR PIPING & HEATING INC., BENZON ROSMAN, AND JOHN DOES #1-10,

              Defendant.

----------------------------------------------------------X

10-CV-879 (ARR)(ALC)

NOT FOR
PRINT OR ELECTRONIC
PUBLICATION

ORDER

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated January 26, 2011 from the Honorable Andrew L. Carter, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Edwards v. Town of Huntington, No. 05 Civ. 339 (NGG) (AKT), 2007 U.S. Dist. LEXIS 50074, at *6 (E.D.N.Y. July 11, 2007); McKoy v. Henderson, No. 05 Civ. 1535 (DAB), 2007 U.S. Dist. LEXIS 15673, at *1 (S.D.N.Y. March 5, 2007). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Therefore, the court grants plaintiffs' motion for default and awards damages in the amount of $67,796.57, comprised of $14,874 to Emil Duro, $12,658 to Elton Sejdaras, $19,417 to Bardhyl Rembeci, and $20,847.57 in attorney's fees and costs, as detailed in Judge Carter's

Report and Recommendation. Counsel for plaintiffs is directed to serve a copy of this order on defendants within three days of receipt and file proof of such service on ECF.

SO ORDERED.

 Allyne R. Ross
 United States District Judge

Dated: February 22, 2011
       Brooklyn, New York